IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BOSTON CONSULTING GROUP,        )
INC.,                           )
                                )
                                )
                                )
          Plaintiff,            )
                                )
     v.                         )        No. 26-731
                                )        Chief Judge Solomson
THE UNITED STATES,              )
                                )
          Defendant.            )

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____Matthew J. Carhart_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Matthew J. Carhart
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/Matthew J. Carhart
Matthew J. Carhart
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0313
Facsimile:  (202) 353-0461
Email: Matthew.Carhart@usdoj.gov

Dated: May 20, 2026